UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------

MAURICE HUGHES,

                        Plaintiff,

   -v-                                 9:17-CV-1151
                                       (DNH/ML)

MAHMOOD BUTT, Doctor, Broome
County Jail; BARRY HALL, Health
Administrator, Broome County Jail;
and MARK SMOLINSKY, Jail
Administrator,

                        Defendants.

--------------------------------

APPEARANCES:                             OF COUNSEL:

MAURICE HUGHES
Plaintiff, Pro Se
Collins Correctional Facility
Post Office Box 640
Collins, New York 14034

STEINBERG, SYMER & PLATT, LLP       JONATHAN E. SYMER, ESQ.
Attorneys for Defendants Butt and Hall
27 Garden Street
Poughkeepsie, New York 12601

BROOME COUNTY ATTORNEY'S OFFICE   JENNIFER L. SUWAK, ESQ.
Attorneys for Defendant Smolinsky
60 Hawley Street, Post Office Box 1766
Binghamton, New York 13902

DAVID N. HURD
United States District Judge

**DECISION and ORDER**

Pro se plaintiff Maurice Hughes brought this civil rights action pursuant to 42 U.S.C. § 1983. On September 17, 2019, the Honorable Miroslav Lovric, United States Magistrate Judge, advised by Report-Recommendation that defendants' motions for summary judgment be granted and that plaintiff's Second Amended Complaint be dismissed in its entirety. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motions for summary judgment are GRANTED;

2. Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE; and

3. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: December 19, 2019
      Utica, New York.